UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA DOCKLER,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>        Defendant. | No. 2:19-cv-00050 CKD<br><br>ORDER |

By order filed January 15, 2019, plaintiff was directed to submit to the United States Marshal a completed summons and copies of the complaint and a copy of the order, and to file a statement with the court that said documents had been submitted to the United States Marshal. Plaintiff failed to submit the statement of compliance. More than six months have passed and no answer has been filed, nor is there any evidence that plaintiff has taken the proper steps to ensure service of summons by the Marshal.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff shall within ten days from the date of this order show cause why this action should not be dismissed for lack of prosecution.

Dated: August 5, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / dockler0050.0sc